ORiginal

The Third Temple English
Church of England
Corporation
Sole King ID 0450702569
Middlesex County Clerk
Book 18897 Page 1900



RECEIVED

JUL 21 2022

AT 8:30
WILLIAM T. WALSH ——M
CLERK

IN THE UNITED STATES DISTRICT COURT OF NEW JERSEY

Defendant is entitled to remove this entire action pursuant to

28 U.S. Code §1441, §1443.42 U.S.§ 1983, N.J.R.S.10:5-3

CASE NO -W-2020-000005

Trenton Municipal Court
Kristina M. Bryant

              (Plaintiff)

                                 **RULE 11**

                          **NOTICE OF REMOVAL**

              vs

King Clifford Jefferson

              (Defendant)

1

King Clifford Jefferson, in his public and private capacity hereby give notice that he is removing this action to the United States District Court of New Jersey, pursuant to 28 U.S. Code §1441, §1443, on the grounds as therefore stated as follows.

This court must consider Judge HANEMAN, J. opinion. When he stated that "there comes a time in the career of practically every judge when he must embrace a theory of law to which he does not personally subscribe." Jackman v. Bodine Supreme Court of New Jersey Nov 25, 1964, 43 N.J. 453 (N.J. 1964)

"Our paramount goal in interpreting a statute is to give effect to the Legislature's intent." Wilson ex rel. Manzano v. City of Jersey City, 209 N.J. 558, 572 (2012) (citation omitted). In doing so, we first look to "the statute's plain language, ascribing to the words used 'their ordinary meaning and significance. Farmers Mut. Fire Ins. Co. of Salem v. N.J. Property-Liability Ins. Guar. Ass'n (A-42-11) (068824) Argued January 2, 2013 - - Decided September 24, 2013, ALBIN, J., writing for a unanimous Court.

This conception of equity's inherent original jurisdiction, as a part of its general jurisprudence, over the persons and estates of infants has general acceptance. In its very inception, have belonged to the defendant, king Clifford Jefferson, as a part of

2

his executive power as parens patriae to protect his subjects. Borawick v. Barba -from the Supreme Court of New Jersey. 7 N.J. 393 (1951) 81 A.2d 766

A corporation contrast to a corporation sole, is treated as a citizen of the state in which it is incorporated and the state in which its principal place of business is located. Danjaq, S.A. v. Pathe Comm'ns Corp., 979 F.2d 772 (9th Cir. 1992). A partnership or limited liability company is also considered to have the citizenship of all of its constituent partners/members. Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894 (9th Cir. 2006).

28 U.S. Code § 1446 - Procedure for removal of civil actions
U.S. Code

(a)Generally.—

A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

(b)Requirements; Generally.—

(1)The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through

3

service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

(2 (A)When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action.

(B)Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal.

(C)If defendants are served at different times, and a later-served defendant files a notice of removal, any earlier-served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal.

(3) Except as provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

(c)Requirements; Removal Based on Diversity of Citizenship.—

(1)A case may not be removed under subsection (b)(3) on the basis of jurisdiction conferred by section 1332 more than 1 year after commencement of the action, unless the district court finds that the

4

plaintiff has acted in bad faith in order to prevent a defendant from removing the action.

1. Defendant filed this action in the United States Court for the District of New Jersey captioned Trenton Municipal Court Kristina M. Bryant v King Clifford Jefferson. Defendants Civil Rights have been violated pursuant to right 42 U.S. Code § 1983 - Civil action for deprivation of rights protected under New Jersey Revised Statue 10:5-3, which states that the common law, given rise to legal remedies, including compensatory and punitive damages amounting to $80,000 dollars,  in which the Legislature intends that such damages be available to all persons protected by this act and that this act shall be liberally construed in combination with other protections available under the laws of this State.L.1945,c.169,s.3; amended 1951, c.64, s.2; 1962, c.37, s.2; 1970, c.80, s.8; 1977, c.96, s.1; 1990, c.12, s.1; 1991, c.519, s.1; 1992, c.146, s.1; 2003, c.180, s.3; 2006, c.100, s.2.

2. In Smith v. Alabama, 124 U.S. 465, 482, the Supreme Court ruled that there is no common law of the United States, in the sense of a national customary law, distinct from the common law of England as adopted by the several States each for itself, applied as its local law, and subject to such alteration as may be provided by its own statutes. There is, however, one clear exception to the statement that there is no national common law. The interpretation of the Constitution of the United States is necessarily influenced by the fact that its provisions are framed in the language of the English

5

common law and are to be read in the light of its history. The code of constitutional and statutory construction which, therefore, is gradually formed by the judgments of this court, in the application of the Constitution and the laws and treaties made in pursuance thereof, has for its basis so much of the common law as may be implied in the subject, and constitutes a common law resting on national authority. Moore v. United States, 91 U.S. 270.

3. The defendant civil rights are protected through Charter and Articles of Incorporation, under article 2,3 and 4, under the English Magna Carta of 1215, The Parliament of England Acts of Religion 1580, July 2,1776 New Jersey Constitution Article XXII, New Jersey Revised Statute 16:1-28, 16:1-43.7,16:1-43.8,16:1-43.9., which states that the consolidated corporation shall have and may exercise all powers conferred by the respective certificates of incorporation or charters of the constituent corporations, by Title 16 (Corporations and Associations, Religious), and, in particular, the powers conferred by article five of chapter one of Title 16, of the Revised Statutes, so far as the same are not inconsistent with this act, are necessary or convenient to the furtherance of its objects, and are in accordance with the doctrine, government, discipline and usages of the church or religious denomination to the jurisdiction of which the constituent corporations were subject. It shall have, among other powers, the power to invest, change the investments of and reinvest its endowment and funds in such investments, whether or not

6

prescribed by statute, and in such manner, as it shall deem proper. L.1944, c. 143, p. 386, s. 9.

4. Plaintiff was made aware of the issues concerning the diversity between the parties, one being a natural person and the other being a juridic person. Juridical persons are entities such as corporations, firms (in some jurisdictions), and many government agencies. They are treated in law as if they were persons.( Elizabeth A. Martin (2003). Oxford Dictionary of Law (7th ed.). Oxford: Oxford University Press. ISBN 0198607563.) While natural persons acquire legal personality "naturally", simply by being born (or before that, in some jurisdictions), juridical persons must have legal personality conferred on them by some "unnatural", legal process, and it is for this reason that they are called "artificial" persons. In  this case the defendant has been incorporating as a business, with an legal personality,  now acquired by registration with a government agency set up for the purpose.

5. Some examples are:

*Municipal corporations (municipalities), who are nothing more than "creatures of statute".

*Unincorporated associations, that is aggregates of two or more persons, are treated as juridical persons in some jurisdictions but not others.

*Partnerships, an aggregate of two or more persons to carry on a business in common for profit and created by agreement. Traditionally, partnerships did not have continuing legal personality, but many

7

jurisdictions now treat them as having an independent legal personality.

*Companies are corporations – the term often refers to a business association that carries on an industrial enterprise, although companies may take other forms, such as trade unions, unlimited companies, trusts, and funds. Limited liability companies—be they a private company limited by guarantee, private company limited by shares, or public limited company—are entities having certain characteristics of both a corporation and a partnership.

6. If a corporation is treated as a citizen of the state in which it is incorporated and the state in which its principal place of business is located Danjaq, S.A. v. Pathe Comm'ns Corp., 979 F.2d 772 (9th Cir. 1992).,just as partnership or limited liability company is considered to have the citizenship of all of its constituent partners/members Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894 (9th Cir. 2006).then the plaintiff as an employee of the incorporated municipality, has treated  the defendant as a citizens of the municipality in which they are located, because States themselves are not considered citizens for the purpose of diversity.

7. In Paul v. Virginia, 75 U.S. 168 (1869) Its clearly states that "Corporations are not citizens within the meaning of the first of these clauses. They are creatures of local law and have not even an absolute right of recognition in other States but depend for that and for the enforcement of their contracts upon the assent of those States, which may be given accordingly on such terms as they please.

8

The privileges and immunities secured to citizens of each State in the several States by this clause are those privileges and immunities which are common to the citizens in the latter States under their constitution and laws by virtue of their being citizens. Special privileges enjoyed by citizens were then extended to corporation such as the plaintiff for commerce, regulation pertaining to good and services.

8. We see in  Holmes v. Walton  a case decided by the Supreme Court of New Jersey in 1780, thought to be the first decision in which an American court held a statute unconstitutional. It is considered a landmark in the American law of judicial review. In an apparently unreported opinion, that on October 8, 1778, amid the American Revolutionary War, the New Jersey Legislature passed a law that made it "lawful for any person or persons whomsoever to seize and secure provisions, goods, wares and merchandize or person [sic] attempted to be carried or conveyed into or brought from within the lines or encampments or any place in the possession of the subjects of the King of Great Britain". The   people found with them were to be taken before a justice of the peace of the county. These  "Seizure Laws", are still being committed by the plaintiff under color law of the State of New Jersey..

9. In Thompson v. Zirkle Cause No. 2:07-CV-227 PS. October 17, 2007 The court ruled that a private attorney, is not a proper party in a § 1983 action. To state a claim under § 1983, it is essential that the person who committed the alleged wrongful conduct was "acting under color of state law." Parratt v. Taylor, 451 U.S. 527, 536 (1981). If

9

the person did not act "under color of state law," the action against him must be dismissed. Rendell-Baker v. Kohn, 457 U.S. 830, 838 (1982). The United States Supreme Court defines the phrase "acting under color of [state] law" as "misuse of power, possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law. . . ." Monroe v. Pape, 365 U.S. 167, 184 (1961) (citations omitted). Attorneys, even public defenders representing criminal defendants in state court, do not act under color of state law. Polk County  v. Dodson, 454 U.S. 312 (1981).For the foregoing reasons, pursuant to 28 U.S.C. § 1915A(b)(2), the court DISMISSES this Complaint.SO ORDERED.

10.The defendant as a subject and member of The  Third  Temple English Church, confirms as  in United States v. Rhodes, (1866) Mr. Justice Swayne, sitting in the Circuit Court, said: **"All persons born in the allegiance of the King are natural-born subjects, and all persons born in the allegiance of the United States are natural-born citizens. Birth and allegiance go together**. Such is the rule of the common law, and it is the common law of this country, as well as of England." "We find no warrant for the opinion *663 that this great principle of the common law has ever been changed in the United States. It has always obtained here with the same vigor, and subject only to the same exceptions, since as before the Revolution." 1 Abbott (U.S.) 28, 40, 41.

11.The defendant invokes filed authoritative instrument of INCORPORATION #2022038404 bk 18897 PG1900 PGs 1900-1912, which

10

are filed with the Clerk of Middlesex County, Province of New Jersey, within the Kingdom of England.

*12.*This action arises under federal law in that the action alleges deprivation of rights under 18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code §241- Conspiracy against Rights, 18 U.S. Code § 247 - Damage to religious property; obstruction of persons in the free exercise of religious beliefs, 28 U.S. Code § 1332 - Diversity of citizenship, violation of The Treaty of Paris 1763-1783.

13.Trustees of Dartmouth College v. Woodward, 17 U.S. 518 (1819) was a supreme court case whose holdings were, the charter granted by the British crown to the trustees of Dartmouth College, in New-Hampshire, in the year 1769, is a contract within the meaning of that clause of the constitution of the United States, (art. 1. s. 10.), which declares that no State shall make any law impairing the obligation of contracts. The charter was not dissolved by the revolution. This means that any charter Granted by England, Great Britain, including all royal charters between 1189, Time Immemorial, to The Treaty of Paris of 1259,1763, violated by the Treaty Alliance of 1778 and treaty of 1783, which were never valid under the common law of England.

14. Accordingly, the federal courts have jurisdiction of the matter pursuant to 28 U.S. Code §1331, §1332, §1333

11

Defendant is entitled to remove this entire action pursuant to 28 U.S. Code §1441, §1443.

16. The state law claims contained in the Complaint are also removed pursuant to the doctrine of supplemental jurisdiction as provided by 28 U.S. Code §1441(c).

17. The Notice of Removal is timely filed under 28 U.S. Code §1446(b), in that it is filed within 30 days of defendants' receipt of the initial pleading purporting to set forth the claim for relief on which this action is based.

18. Defendant have submitted evidence for the record pursuant to FEDERAL RULES OF EVIDENCE: Rule 901 (a)(b) (7) Evidence About Public Records. Evidence that: Authenticating or Identifying Evidence(a) **In General.**

 To satisfy the requirement of authenticating or identifying an item of evidence, the proponent must produce evidence sufficient to support a finding that the item is what the proponent claims it is. (A) a document was recorded or filed in a public office as authorized by law; or (B) a purported public record or statement is from the office where items of this kind are kept. Rule 902 – Evidence That Is Self-Authenticating The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:(8) Acknowledged Documents. A document accompanied by a

12

certificate of acknowledgment that is lawfully executed by a notary public or another officer who is authorized to take acknowledgments.

Rule 1005 - Copies of Public Records to Prove Content

The proponent may use a copy to prove the content of an official record — or of a document that was recorded or filed in a public office as authorized by law — if these conditions are met: the record or document is otherwise admissible; and the copy is certified as correct in accordance with Rule 902(4) or is testified to be correct by a witness who has compared it with the original. If no such copy can be obtained by reasonable diligence, then the proponent may use other evidence to prove the content.

19. In conclusion it was held in Owen v. City of Independence, 445 U.S. 622 (1980), that a municipality has no immunity from liability under § 1983 flowing from its constitutional violations and may not assert the good faith of its officers as a defense to such liability. Pp. 445 U. S. 635-658.(a) By its terms, § 1983 "creates a species of tort liability that, on its face, admits of no immunities." Imbler v. Pachtman, 424 U. S. 409, 424 U. S. 417. Its language is absolute and unqualified, and no mention is made of any privileges, immunities, or defenses that may be asserted. Rather, the statute imposes liability upon "every person" (held in Monell v. New York City Dept. of Social Services, 436 U. S. 658, to encompass municipal corporations) who, under color of state law or custom,

13

"subjects, or causes to be subjected, any citizen of the United States . . . to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws."

And this expansive sweep of § 1983's language is confirmed by its legislative history. Pp. 445 U. S. 635-636.

Page 445 U. S. 623

(b) Where an immunity was well established at common law and where its rationale was compatible with the purposes of § 1983, the statute has been construed to incorporate that immunity. But there is no tradition of immunity for municipal corporations, and neither history nor policy supports a construction of § 1983 that would justify the qualified immunity accorded respondent city by the Court of Appeals. Pp. 445 U. S. 637-644.

(c) The application and rationale underlying both the doctrine whereby a municipality was held immune from tort liability with respect to its "governmental" functions but not for its "proprietary" functions, and the doctrine whereby a municipality was immunized for its "discretionary" or "legislative" activities but not for those which were "ministerial" in nature, demonstrate that neither of these common law doctrines could have been intended to limit a municipality's liability under § 1983. The principle of sovereign immunity from which a municipality's immunity for "governmental" functions derives cannot serve as the basis for the qualified privilege respondent city claims under § 1983, since sovereign immunity insulates a municipality from unconsented suits altogether, the presence or absence of good faith being irrelevant, and since the municipality's "governmental" immunity

14

is abrogated by the sovereign's enactment of a statute such as § 1983 making it amenable to suit. And the doctrine granting a municipality immunity for "discretionary" functions, which doctrine merely prevented courts from substituting their own judgment on matters within the lawful discretion of the municipality, cannot serve as the foundation for a good faith immunity under § 1983, since a municipality has no "discretion" to violate the Federal Constitution. Pp. 445 U. S. 644-650.

(d) Rejection of a construction of § 1983 that would accord municipalities a qualified immunity for their good faith constitutional violations is compelled both by the purpose of § 1983 to provide protection to those persons wronged by the abuse of governmental authority and to deter future constitutional violations, and by considerations of public policy. In view of the qualified immunity enjoyed by most government officials, many victims of municipal malfeasance would be left remediless if the city were also allowed to assert a good faith defense. The concerns that justified decisions conferring qualified immunities on various government officials -- the injustice, particularly in the absence of bad faith, of subjecting the official to liability, and the danger that the threat of such liability would deter the official's willingness to execute his office effectively -- are less compelling, if not wholly inapplicable, when the liability of the municipal entity is at issue. Pp. 445 U. S. 650-656.589 F.2d 335, reversed.Page 445 U. S. 624 BRENNAN, J., delivered the opinion of the Court, in which WHITE, MARSHALL, BLACKMUN, and STEVENS, JJ., joined. POWELL, J., filed a

15

dissenting opinion, in which BURGER, C.J., and STEWART and REHNQUIST, JJ., joined, post, p. 445 U. S. 658.

20.Defendant is filing herewith a copy of the municipal court filing including copies of all pleadings, process and other documents with which they have been served.

(Exhibit A) Articles of Incorporation

Smith v. Alabama, the judgment of the court, was that 'there is no common law of the United States, in the sense of a national customary law, distinct from the common law of England as adopted by the several states each for itself, applied as its local law, and subject to such alteration as may be provided by its own statutes. The interpretation of the constitution of the United States is necessarily influenced by the fact that its provisions are framed in the language of the English common law and are to be read in the light of its history. The code of constitutional and statutory construction which, therefore, is gradually formed by the judgments of that court, in the application of the constitution and the laws and treaties made in pursuance thereof, has for its basis so much of the common law as may be implied in the subject, and constitutes a common law resting on national authority. Moore v. U. S., 91 U. S. 270.

Under Penalty and Perjury

c/o 360 Lehigh Ave Apt 103

Perth Amboy New Jersey 08861

1(732)822-1329

www.thirdtempleenglishchurch.com

Thirdtemplechurch@gmail.com

July 20, 2022/2972

Signature _____                    Seal